BEFORE THE CIRCUIT COURT OF MARYLAND
FOR BALTIMORE COUNTY

FILED
2020 MAR 13 P 2:26

U.S. DISTRICT COURT
EASTERN DIST. TENN

3:20-mc-15
Reeves/Guyton

ROBERT W. TAYLOR *
Substitute Trustee of the
VIRGIL C. PARKER TRUST
407 W. Pennsylvania Avenue
Towson, MD 21204 *

GARRETT PARKER
12254 Birchwood Pike
Harrison, TN 37341 *

    Plaintiffs

v. *

DUANE PARKER
P.O. Box 2266
Easton, MD 21601 *

Case No.: C03CV19003033

    Defendant
*

              *       *       *

## ORDER AND CONSENT JUDGMENT

The foregoing Consent Motion for Entry of Consent Judgment having been read and considered, as well as the Complaint, Answer and any exhibits attached to the Complaint and Motion, it is this 6th day of September 2019 by the Circuit Court for Baltimore County, Maryland:

1.    ORDERED: that the Motion be, and is hereby GRANTED;

2.    ORDERED AND DECLARED that the Virgil C. Parker Trust is not only the equitable but also the true and legal owner of the Farm as identified in the legal description of the

property attached as Exhibit No. 2 to the Complaint filed in this case and that legal description as set forth in Exhibit No. 2 is incorporated and made part of this Order as if such description were specifically set forth in this Order;

3. ORDERED AND DECLARED: that any conveyance and transfer of title shall be in the name of the Trust;

4. ORDERED AND DECLARED: that all settlement proceeds arising from the sale of the Farm are the property of the Trust and the same shall be disbursed to, and deposited into, the Trust account;

5. ORDERED AND DELCARED: that upon settlement of the sale of the Farm all proceeds shall be paid over, conveyed or otherwise transferred to the Plaintiff;

6. ORDERED AND DECLARED: that the trustee shall account for the disposition of the proceeds of sale of the Farm;

7. ORDERED AND DECLARED: that any agreement(s) for listing, sale auction, or encumbrance of the subject property are and the same shall be null and void *ab initio*, and of no further force and effect;

8. ORDERED AND DELCARED: that V. Duane Parker, the Defendant in this case, is enjoined from the sale, transfer or other disposition of the property identified in this Order.

09/06/2019 12:56:47 PM  _____
JUDGE
Michael J. Finifter

**Entered: Clerk, Circuit Court for Baltimore County, MD September 9, 2019**

Case 3:20-mc-00015-PLR-HBG   Document 1   Filed 03/13/20   Page 2 of 3   PageID #: 2

I, HEREBY CERTIFY, that this is a true copy of the records of the Circuit Court for Baltimore County, Maryland having been recorded in Case C03-CV-19-3033.
In Testimony Whereof, I hereto set my hand and affix the seal of the Circuit Court for Baltimore County this 12th day of March 20 20.

*Julie L. Ensor*

Julie L. Ensor, Clerk of the Circuit Court for Baltimore County, Maryland

