ROBERT W. TAYLOR, *et al.*,          )
                                   )
             Plaintiffs,          )
                                   )
v.                                )          No. 3:20-MC-15-PLR-HBG
                                 )
DUANE PARKER,             )
                                 )
             Defendant.        )

## <u>ORDER</u>

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

This matter is before the Court on Intervenor Jill St. John's Motion to Strike [Doc. 6] and Objection to Extension of Time. [Doc. 7] Contemporaneous with this Order, the Court is entering a Report and Recommendation addressing the outstanding Motion to Strike. [Doc. 2] In light of the Court's Report and Recommendation, the instant motions are rendered moot.

The Court also notes that it appears Intervenor has not been serving copies of her filings on the parties who registered the foreign judgment at issue in this matter. Given that Duane Parker and Robert Taylor have received actual notice of the underlying Motion to Strike, that they originally submitted themselves to the Court's jurisdiction when the foreign judgment was registered, and they have again appeared before this Court in filing a response to the Motion to Strike [Doc. 5], the Court finds that there is no question that it has jurisdiction on the issues before it. However, to ensure that any further filings are properly served on all parties, the Clerk of the Court is **DIRECTED** to add the addresses

of Robert Taylor, Garrett Parker, and Duane Parker, as set forth on the first page of the

registered judgment [Doc. 1] to the ECF system. The Intervenor is **ADMONISHED** to

properly serve any further filings she may make in this matter on all relevant parties via

U.S. Mail or any other similar service. Relying on electronic service through ECF is

insufficient, as the other parties in this matter do not appear to have ECF registration in this

District.

Accordingly, the Intervenor's Motions **[Docs. 6, 7]** are hereby **DENIED as**

**MOOT**. The Clerk of the Court is **DIRECTED** to update the addresses for the parties in

this matter, as set forth more fully above.

**IT IS SO ORDERED.**

ENTER:

Bruce Guyton

United States Magistrate Judge