UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| ROBERT W. TAYLOR, *et al.*, | ) | |
|---|---|---|
| | ) | Case No. 3:20-mc-15 |
| *Plaintiffs*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge H. Bruce Guyton |
| DUANE PARKER, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

On November 23, 2020, United States Magistrate Judge H. Bruce Guyton filed his Report and Recommendation (Doc. 9) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Guyton recommended that third-party Intervenor Jill St. John's ("Intervenor") motion to strike (Doc. 2) be granted. Intervenor opposes Plaintiffs Robert W. Taylor and Garrett Parker's (collectively, "Plaintiffs") attempt to register a state court judgment with this Court and seeks to have the state court judgment stricken from the record. (*See id.*)

Plaintiffs have filed no objections to the Magistrate Judge Guyton's Report and Recommendation.[1] Nevertheless, the Court has conducted a review of the Report and

---

[1] Magistrate Judge Guyton specifically advised the parties that they had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. (Doc. 9, at 3); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which Plaintiffs could timely file any objections has now expired.

Recommendation, as well as the record, and it agrees with Magistrate Judge Guyton's well-reasoned conclusions.

Accordingly, Intervenor's motion to strike (Doc. 2) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's docket.

SO ORDERED.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**